Argued and submitted May 28, affirmed August 20, 2008, petition for review denied January 13, 2009 (345 Or 618)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RONALD LEE BALTAZAR,
*Defendant-Appellant.*

Multnomah County Circuit Court
050834800; A131230

191 P3d 761

Anne Fujita Munsey, Senior Deputy Public Defender, argued the cause for appellant. With her on the briefs was Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Jeremy Rice, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Brewer, Chief Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

